## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

KAREN POLSELLI, an individual;

        Plaintiff,

    vs.

ALEJANDRO MAYORKAS, Secretary of the United States Department of Homeland Security;

        Defendant.

**8:21CV79**

**ORDER**

---

1)    The motion to withdraw filed by Terry A. White, as counsel of record for Plaintiff (Filing No. 16), was granted. (Filing No. 20).

2)    On or before August 9, 2021, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of her intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiff's claims without further notice.

3)    Plaintiff's deadline to file a response to the pending motion for summary judgment and partial motion to dismiss (Filing No. 13), is stayed pending further order of the court.

4)    The Clerk shall mail and email (via CM/ECF) a copy of this order to the plaintiff at her address of record.

5)    The clerk shall set an internal case management deadline for August 9, 2021.

Dated this 9th day of July, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge