IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAREN POLSELLI, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>ALEJANDRO MAYORKAS, Secretary of the United States Department of Homeland Security;<br><br>Defendant. | 8:21CV79<br><br>**SHOW CAUSE ORDER** |

On July 9, 2021, the Court entered an order (Filing No. 21) which required the plaintiff to obtain substitute counsel or to inform the court that she would proceed pro se. The plaintiff has not complied and has not explained the failure to comply with the court's order.

Accordingly,

IT IS ORDERED that the plaintiff is given until September 20, 2021 to show cause why the court should not dismiss her claims for want of prosecution. The failure to timely comply with this order may result in dismissal of the claims without further notice. The Clerk shall provide a copy of this order to the plaintiff at both her address of record and by email (via CM/ECF).

Dated this 30th day of August, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge